JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL CAIZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>WILLIAM LEONARD ROBERTS II,<br>aka MASTERMIND aka RICK<br>ROSS, UNIVERSAL MUSIC<br>GROUP, INC., DEF JAM<br>RECORDS, INC., MAYBACH<br>MUSIC GROUP, LLC,<br><br>                    Defendants. | CV No. 15-09044-RSWL-<br>AGRx<br><br><br>**JUDGMENT** |

     **WHEREAS**, on December 13, 2016, the Court granted
Defendants William Leonard Roberts II aka Mastermind
aka Rick Ross, Universal Music Group, Inc., Def Jam
Records, Inc., and Maybach Music Group, LLC's
(collectively, "Defendants") Motion for Summary
Judgment [44].

///

///

///

///

1

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Defendants and against Plaintiff Raul Caiz ("Plaintiff").  This action is hereby dismissed in its entirety and Defendants shall recover its costs in this action.

   **IT IS SO ORDERED.**


DATED: December 15, 2016        s/ RONALD S.W. LEW
                                **HONORABLE RONALD S.W. LEW**
                                Senior U.S. District Judge