UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CAIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM LEONARD ROBERTS II, aka MASTERMIND aka RICK ROSS, UNIVERSAL MUSIC GROUP, INC., DEF JAM RECORDS, INC., MAYBACH MUSIC GROUP, LLC,<br><br>    Defendants. | CV 15-09044-RSWL-AGRx<br><br>**JUDGMENT** |

**WHEREAS**, on April 18, 2019, the Court granted Defendants William Leonard Roberts II aka Mastermind aka Rick Ross, Universal Music Group, Inc., Def Jam Records, Inc., and Maybach Music Group, LLC's (collectively, "Defendants") Second Motion for Summary Judgment [72].

///
///
///
///

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Defendants and against Plaintiff Raul Caiz ("Plaintiff"). This action is hereby dismissed in its entirety and Defendants shall recover its costs in this action.

**IT IS SO ORDERED.**

DATED: April 17, 2019          s/ RONALD S.W.LEW
                               **HONORABLE RONALD S.W. LEW**
                               Senior U.S. District Judge